

# NUMBER 13-12-00238-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

**IN THE MATTER OF THE MARRIAGE OF MARIA DE JESUS GARCIA AND WILFRIDO GARCIA AND IN THE INTEREST OF MINOR CHILDREN**

**On appeal from the 449th District Court of Hidalgo County, Texas.**

# MEMORANDUM OPINION

**Before Chief Justice Valdez and Justices Rodriguez and Garza
Memorandum Opinion Per Curiam**

Appellant, Doug Allison and Law Offices of Douglas A. Allison, attempted to perfect an appeal from an order signed on October 9, 2009, in cause no. F-551-05-K. Upon review of the documents before the Court, it appeared that the notice of appeal was not timely perfected and that the order was not appealable. On April 17, 2012, the Clerk of this Court notified appellant of these defects so that steps could be taken to correct the defects, if it could be done. *See* TEX. R. APP. P. 37.1, 42.3. Appellant was advised that, if the defect was not corrected within ten days from the date of receipt of the notice, the

appeal would be dismissed for want of jurisdiction. Appellant responded to the Court's notice and advised that the notice of appeal references an order signed on October 9, 2009, but the trial court judge never signed an order relating to the hearing that occurred on October 9, 2009.

In terms of appellate jurisdiction, appellate courts only have jurisdiction to review final judgments and certain interlocutory orders identified by statute. *Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001). Because there is no final judgment or order subject to appeal, the notice of appeal is premature. *See* Tex. R. App. P. 26.1, 27.1(a)

Appellant has not demonstrated that a written order has been signed. Accordingly, the appeal is DISMISSED FOR WANT OF JURISDICTION. *See* TEX. R. APP. P. 42.3(a).

PER CURIAM

Delivered and filed the
24th day of May, 2012.

2